No. ——. PINO *v.* NICOLLS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. The application for bail, referred to the Court by MR. JUSTICE FRANKFURTER, is dismissed for the reason that the question is

moot, petitioner having been admitted to bail. *Jacob Spiegel* for petitioner. *Solicitor General Soboloff* for respondent.